| | |
|---|---|
| 1 | BENJAMIN B. WAGNER |
| | United States Attorney |
| 2 | JEAN M. HOBLER |
| | Assistant U.S. Attorney |
| 3 | 501 I Street, Suite 10-100 |
| | Sacramento, CA 95814 |
| 4 | Telephone: (916) 554-2700 |

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.  2:12-CR-00047 JAM |
| Plaintiff, | **STIPULATION AND ORDER RESETTING STATUS CONFERENCE** |
| v. | |
| VANNA BRAY, and | |
| KALENA NGUYEN, | |
| Defendants. | |

This matter is currently set for status conference on June 12, 2012.  Since the prior status conference, the Court has reviewed and approved the deferred prosecution agreements for defendants Vanna Bray and Kalena Nguyen and those defendants have therefore begun their period of supervision pursuant to those agreements.  As a result, there are no issues to be presented to the Court until such time as the deferred prosecution period of one year (for each defendant) is successfully completed or events warrant the parties returning to the Court prior to the end of such deferred prosecution period.

Now, therefore, the parties jointly stipulate and agree that the status conference currently set for June 12, 2012, at 9:45 a.m. be continued to July 16, 2013, at 9:45 a.m.  Because the reason for the continuance is the existence of a deferred prosecution agreement, the parties stipulate and agree that time is appropriately excluded under the Speedy Trial Act by operation of Title 18,

PDF created with pdfFactory trial version www.pdffactory.com

United States Code section 3161(h)(2) and Local Codes 5 and I, deferral of prosecution by mutual agreement and/or under Title 28, United States Code section 2902.  The parties stipulate and agree that these circumstances support a finding that the ends of justice served by the continuance outweigh the interests of the public and the defendants in a speedy trial.

DATED:  June 7, 2012                          BENJAMIN B. WAGNER
                                              United States Attorney


                                         By:  /s/ Jean M. Hobler
                                              JEAN M. HOBLER
                                              Assistant United States Attorney

DATED:  June 7, 2012


                                              /s/ Jean M. Hobler for
                                              CHRISTIEN PETERSON
                                              Attorney for Defendant
                                              KALENA NGUYEN
                                              (as authorized on June 6, 2012)

DATED:  June 7, 2012


                                              /s/ Jean M. Hobler for
                                              CHRISTOPHER DARDEN
                                              Attorney for Defendant
                                              VANNA BRAY
                                              (as authorized on June 7, 2012)

2

PDF created with pdfFactory trial version www.pdffactory.com

# **ORDER**

Based on the reasons set forth in the parties' stipulation, the status conference currently set for June 12, 2012, at 9:45 a.m. be continued to July 16, 2013, at 9:45 a.m.  In light of the deferred prosecution agreements currently in effect for the defendants, time shall be excluded under the Speedy Trial Act by operation of Title 18, United States Code section 3161(h)(2) and Local Codes 5 and I, deferral of prosecution by mutual agreement and/or under Title 28, United States Code section 2902.  The Court finds that the ends of justice served by the continuance outweigh the interests of the public and the defendants in a speedy trial.

DATED:  June 7, 2012

/s/ John A. Mendez
HON. JOHN A. MENDEZ
U.S. District Court Judge

1

PDF created with pdfFactory trial version www.pdffactory.com