BENJAMIN B. WAGNER
United States Attorney
JEAN M. HOBLER
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700



FILED

APR 16 2013

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
   DEPUTY CLERK

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES,

    Plaintiff,

    v.

VANNA BRAY, and

KALENA NGUYEN

    Defendants.

Case No. 2:12-CR-00047-TLN

**MOTION TO TERMINATE PRETRIAL DIVERSION AND DISMISS CHARGES, PROPOSED ORDER THEREON**

    The Government and defendants Vanna Bray and Kalena Nguyen entered into deferred prosecution agreements in this matter in May 2012. The Court approved the agreements in May and June 2012, respectively. The agreements contemplated certain actions be undertaken by the defendants before the end of a contemplated 12-month pretrial diversion period, specifically including declaring income and paying taxes on the funds at issue in the information in this matter. Pretrial Services has advised that the defendants have complied with all terms and conditions of supervision and have met all obligations under the pretrial diversion agreements. Thus, Pretrial Services recommends early termination of the pretrial diversion period. The Government does not object, particularly as the early termination is only shortly before the

natural expiration of the term of pretrial diversion.

Now, therefore, consistent with the terms of the pretrial diversion agreement, the Government requests the Court terminate Ms. Bray and Ms. Nguyen's Pretrial Diversion. Further, under Federal Rule of Criminal Procedure 48(a), and consistent with its obligations under the pretrial diversion agreement, the Government moves to dismiss the charges against Ms. Bray and Ms. Nguyen in this case, filed on February 3, 2012. (Docket Number 1.) The Government has consulted with counsel for the defendants (Christopher Darden for Ms. Bray, Christien Peterson for Ms. Nguyen) and is authorized to represent that the defendants are each aware of the Government's intent to dismiss the charges against them, and neither objects to disposition of the matter by the Court without further briefing or hearing on the matter..

DATED: April 15, 2013

BENJAMIN B. WAGNER
United States Attorney

By: /s/ Jean M. Hobler
JEAN M. HOBLER
Assistant United States Attorney

## ORDER

Based on the Government's motion and the representations contained therein, the Court finds good cause to terminate the pretrial diversion period of defendants Vanna Bray and Kalena Nguyen, and their respective diversion periods are TERMINATED. The Court further grants the Government's motion under Rule 48 of the Federal Rules of Criminal Procedure, and dismisses the charges in the Information as to each defendant.

DATED: 4/16/13

HON. TROY L. NUNLEY
U.S. District Judge

1